JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA GARRIDO,

          Petitioner,

  v.

MARKWAYNE MULLIN, ET AL.,

          Respondents.

Case No. 5:26-cv-02230-AB-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED:  July 1, 2026

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE